**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| ALVIN BRUCE PERKINS, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CASE NO.: 1:12-cv-172 (WLS) |
| : | |
| BILLY BROWN, : | |
| : | |
| Defendant. : | |
| : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Thomas Q. Langstaff, filed June 7, 2013. (Doc. 19.) Judge Langstaff recommends denying Plaintiff's Motion for Entry of Default because Defendant timely filed an answer to Plaintiff's complaint. Plaintiff failed to object to this Recommendation within the fourteen-day period under 28 U.S.C. § 636(b)(1).[1] Upon full review and consideration upon the record, the Court finds that Judge Langstaff's Report and Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein.

**SO ORDERED**, this  12th  day of July 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

---

[1] The Court notes that Judge Langstaff's Recommendation was returned undelivered because Plaintiff was released. (Doc. 26.) As Judge Langstaff plainly explained in his previous Order, however, the onus was on the Plaintiff to promptly update the Court about any change of address and the "[f]ailure to promptly advise the Clerk of any change of address may result in the dismissal of a party's pleading filed therein." (Doc. 6 at 3.)