IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| ALVIN BRUCE PERKINS, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 1:12-cv-172 (WLS) |
| BILLY BROWN, | : |
| Defendant. | : |

## ORDER

Before the Court is an Order and Recommendation from United States Magistrate Judge Thomas Q. Langstaff in this 42 U.S.C. § 1983 case. (Doc. 32.) In the Recommendation, Judge Langstaff recommends that the Court dismiss this case for failure to prosecute. Plaintiff did not file an objection to the Recommendation, and the record reflects that he has not taken any action in this case since March 12, 2013. Upon full review and consideration of the record, the Court finds that Judge Langstaff's Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. This action is **DISMISSED**.

**SO ORDERED**, this   2nd   day of May, 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**